ANNA ANTONSKY v. CITY DYE HOUSE.[1]

November 12, 1909.

Nos. 16,088—(8).

**Change of Venue — Order not Appealable.**

An order transferring a cause from a municipal court to the district court of the county of defendant's residence, under section 4100, R. L. 1905, is not appealable.

Appeal from a judgment in justice court to the municipal court of St. Paul. From an order of the latter court, Hanft, J., granting the demand of defendant to transfer the action to the district court for Hennepin county, plaintiff appealed. Dismissed.

*A. J. Hertz,* for appellant.

*Hall & Kolliner,* for respondent.

BROWN, J.

From a judgment in justice court, defendant appealed upon questions of law and fact to the municipal court of St. Paul. Thereafter, defendant, acting under section 4100, R. L. 1905, properly made and filed an affidavit for a change of venue to the district court of Hennepin county, where it resided. Subsequently, and within the time provided by subdivision 2 of the statute referred to, the municipal court,

[1]Reported in 123 N. W. 56.

upon application of defendant, made an order transferring the cause to Hennepin county. Plaintiff appealed from that order.

The order is not appealable, and defendant's motion to dismiss the appeal is granted. Carpenter v. Comfort, 22 Minn. 539; Allis v. White, 59 Minn. 97, 60 N. W. 809.

Appeal dismissed.